IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

| REBECCA SCARBROUGH | PLAINTIFF | |
|---|---|---|
| vs. | | |
| CITY OF CONWAY, ARKANSAS, et. al. | DEFENDANTS | 4:19-cv-00292-JM |

# MOTION TO DISMISS

COMES NOW the plaintiff, Rebecca Scarbrough, by and through her attorneys, L**ANCASTER & LANCASTER LAW FIRM, PLLC**, and for her motion states:

1. That this motion is made pursuant to Fed. R. Civ. P. 41.

2. That this case has not previously been dismissed.

3. That this case has never been adjudicated on the merits.

4. That the plaintiff desires to nonsuit her case.

5. That this Court should dismiss this case without prejudice.

**WHEREFORE**, the plaintiff moves this honorable Court to dismiss without prejudice.

Respectfully Submitted,

LANCASTER & LANCASTER
  LAW FIRM, PLLC
P.O. Box 1295
Benton, Arkansas 72018
P: (501) 776-2224
E: jennifer@thelancasterlawfirm.com
E: clint@thelancasterlawfirm.com

By: /s/ Jennifer M. Lancaster

**Jennifer M. Lancaster**, 2011178
**Clinton W. Lancaster**, 2011179

## CERTIFICATE OF SERVICE

I certify that a copy of the foregoing has been delivered by the below method to the following person or persons:

☐ First Class Mail ☐ Facsimile ☐ Email [x] AOC/ECF ☐ Hand Delivery

Sara Monaghan

on this __23__ **DAY** of **MARCH**, **2020.**

Jennifer M. Lancaster  /s/ Jennifer M. Lancaster